UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elias C.,

                Petitioner,

v.

David Easterwood, *Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement*; Markwayne Mullin, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; Todd Lyons, *in their official capacity as acting director of U.S. Immigration and Customs Enforcement*; Todd Blanche, *in his official capacity as Acting Attorney General of the United States*; and Joel Brott, *Sherburne County Jail Sheriff*,

                Respondents.[1]

File No. 26-cv-1870 (ECT/LIB)

**ORDER**

Elias C. was arrested and detained in early March 2026.  Pet. [ECF No. 1] ¶ 2.  He filed a Petition for Writ of Habeas Corpus claiming his detention violated the Constitution and laws of the United States.  *See id.* ¶¶ 61–105.  For relief, Elias sought his unconditional release.  *See id.* at 32–33.  On March 14, 2026, Elias was removed from the United States to Mexico pursuant to an order of removal.  ECF No. 14 ¶¶ 10–16; *see* ECF No. 18-1.  Because he has been removed, Elias's case is moot.  *See Felix P. v. Sec'y of Dep't of Homeland Sec.*, No. 19-cv-36 (NEB/KMM), 2019 WL 2124515 (D. Minn. May 14, 2019);

---

[1]    Pursuant to Fed. R. Civ. P. 25(d), Markwayne Mullin is substituted for Kristi Noem, and Todd Blanche is substituted for Pam Bondi.

*see also Nadin K. v. Barr*, No. 18-cv-3223 (PJS/BRT), 2019 WL 2387804 (D. Minn. May 17, 2019). Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.  Petitioner Elias C.'s Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**.

2.  Petitioner's Motions to Enforce [ECF Nos. 8, 15] are **DENIED AS MOOT**.

3.  The action is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 28, 2026                    s/ Eric C. Tostrud
                                         Eric C. Tostrud
                                         United States District Court

2